**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| Kapitus Servicing Inc., | |
| *Plaintiff*, | |
| v. | |
| Shastri Management, Inc. d/b/a Check Cashing, Service Plus, Germantown Check Cashed | C.A. No. 3:23-cv-00295-RCY |
| and | |
| Vinay Verma, | |
| *Defendants*. | |

### Plaintiff Kapitus Servicing, Inc's Consent to Defendant Verma's Motion to Dismiss and Compel Arbitration

In response to Defendant's Motion to Dismiss and Compel Arbitration as provided for in the Agreement, Plaintiff consents and respectfully requests that the Court remove this matter in its entirety from the Court's docket and Order Defendants to initiate arbitration.

Plaintiff opposes any Rule 12 b(6) motion, however, even though Defendant states said rule in the heading of his motion, it does not appear he states any basis for such an assertion.

DATED: March 4, 2024

Respectfully Submitted,

           /s/ Nhon H. Nguyen
Nhon H. Nguyen, Esquire (VSB # 68489)
Nguyen Ballato
2201 Libbie Avenue
Richmond, VA 23230
T 804-788-7070
F 804-788-7676
nhon@nblawplc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Drew D. Sarrett, Esq. (Bar No. 81658)
CONSUMER LITIGATION ASSOCIATES, P.C.
626 East Broad Street Suite 300
Richmond, VA 23219
drew@clalegal.com

Henry W. McLaughlin (VSB No. 07105)
Law Office of Henry McLaughlin, P.C.
707 East Main Street, Suite 1050
Richmond, VA 23219
henry@mclaughlinvalaw.com

      /s/ Nhon H. Nguyen
Nhon H. Nguyen, Esquire (VSB # 68489)
Nguyen Ballato
2201 Libbie Avenue
Richmond, VA 23230
T 804-788-7070
F 804-788-7676
nhon@nblawplc.com
*Counsel for Plaintiff*

2